**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01903-REB

ASHLEY M. GARRETT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER VACATING PREVIOUS ORDER AND
GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN
DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

**Blackburn, J.**

This matter is before me *sua sponte*. On September 3, 2015, I entered an **Order** [#6],[1] denying without prejudice plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2], filed September 2, 2015, for failure to use the proper form. In fact, it was the court which was in error. The form plaintiff filed in fact was the proper form for application to proceed *in forma pauperis* in this court. Having reviewed the application, the court finds that plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

**THEREFORE, IT IS ORDERED** as follows:

1. That the court's **Order** [#6], filed September 3, 2015, is vacated; and

---

[1] "[#6]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2], filed September 2, 2015, is granted.

Dated September 14, 2015, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge